May 17, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DONITA ROWAN AND JAMES NIESE, Appellants

NO. 14-06-00197-CV                           V.

CARMELITA ESCALANTE, M.D., E. EDMUND KIM, M.E., EDGARDO RIVERA, M.D., AND FRANKLIN C. WONG, M.D., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, CARMELITA ESCALANTE, M.D., E. EDMUND KIM, M.E., EDGARDO RIVERA, M.D., AND FRANKLIN C. WONG, M.D., signed November 18, 2005, was heard on remand. We order the appeal **DISMISSED**.

We order appellants, DONITA ROWAN AND JAMES NIESE, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.